EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Neddie Feliciano Jiménez | 2008 TSPR 117 <br><br> 174 DPR _____ |

Número del Caso: TS-6017

Fecha: 11 de julio de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Neddie Feliciano Jiménez          TS-6017

RESOLUCIÓN

San Juan, Puerto Rico, a 11 de julio de 2008.

Examinada la moción titulada *"Moción en Cumplimiento de Orden"* presentada por el Colegio de Abogados, se reinstala al Lcdo. Neddie Feliciano Jiménez al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo